Phillip E. Benson, CA Bar #97420
WARREN ■ BENSON Law Group
620 Newport Center Dr., Ste 1100
Newport Beach, CA 92660
Tel: 949-721-6636; Fax: 952-955-5177
philbenson@warrenbensonlaw.com

Donald R. Warren, CA Bar #138933
WARREN ■ BENSON Law Group
7825 Fay Ave, Ste 200
La Jolla, CA 92037
Tel: 858-456-1900; Fax: 858-454-5878
donwarren@warrenbensonlaw.com

David B. Ketroser, M.D., MN Bar # 0298803
P.O. Box 427
Hopkins, MN 55343
Tel: 612-384-3286; Fax: 952-681-3286
bakquak@comcast.net

Attorneys for *Qui Tam* Plaintiffs
Doris Modglin and Russ Milko

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Doris Modglin and Russ Milko,<br><br>Plaintiffs,<br><br>vs.<br><br>DJO GLOBAL INC., DJO LLC, DJO FINANCE LLC, ORTHOFIX, INC., BIOMET, INC., and EBI, LP,<br><br>Defendants. | Case No. CV12-7152<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>[FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)] |

COMPLAINT

- 1 -

Phillip E. Benson, CA Bar #97420
WARREN ■ BENSON Law Group
620 Newport Center Dr., Ste 1100
Newport Beach, CA 92660
Tel: 949-721-6636; Fax: 952-955-5177
philbenson@warrenbensonlaw.com

Donald R. Warren, CA Bar #138933
WARREN ■ BENSON Law Group
7825 Fay Ave, Ste 200
La Jolla, CA 92037
Tel: 858-456-1900; Fax: 858-454-5878
donwarren@warrenbensonlaw.com

David B. Ketroser, M.D., MN Bar # 0298803
P.O. Box 427
Hopkins, MN 55343
Tel: 612-384-3286; Fax: 952-681-3286
bakquak@comcast.net

Attorneys for *Qui Tam* Plaintiffs
Doris Modglin and Russ Milko

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Doris Modglin and Russ Milko, <br><br> Plaintiffs, <br><br> vs. <br><br> DJO GLOBAL INC., DJO LLC, DJO FINANCE LLC, ORTHOFIX, INC., BIOMET, INC., and EBI, LP, <br><br> Defendants. | Case No. CV12-7152 <br><br> **COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** <br><br> [FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)] <br><br> **BY FAX** |

*Qui Tam* Plaintiffs Doris Modglin and Russ Milko, by and through their attorneys, brings this complaint on behalf of the United States and on their own behalf as follows:

## I.
## JURISDICTION

1. This is an action for civil damages and penalties arising under the laws of the United States to redress violations of the False Claims Act, 31 U.S.C. § 3729 *et seq.* This Court has subject matter jurisdiction pursuant to 31 U.S.C. §§ 3732(a) and (b) because the defendants transact business in this district and can be found in this district.

## II.
## VENUE

2. Venue is proper in this district under 31 U.S.C. § 3732(a) because the defendants transact business in this district and can be found in this district.

## III.
## PARTIES

3. *Qui tam* plaintiff Doris (Dee) Modglin ("Modglin") is a citizen of the United States who resides in the State of California. Modglin is a licensed private investigator in the State of California.

4. *Qui tam* plaintiff Russ Milko is a citizen of the United States who resides in the State of Nevada. Milko has worked as a sales representative for several different suppliers of durable medical equipment (DME), including defendant Orthofix.

5. Defendant DGO, Global, Inc., (Cal. foreign corp. # C3398900) and its related

COMPLAINT

entities defendant DJO, LLC, ( Cal. foreign corp. # 199916310078) and defendant DJO Finance LLC (Cal. foreign corp. # C3478665), jointly referred to as "DJO", manufacture and market throughout the United States non-invasive orthopedic medical devices (which are included within the definition of durable medical equipment or "DME"), including the CMF SpinaLogic, a bone growth stimulator indicated as an adjunct electromagnetic treatment to lumbar spinal fusion surgery. The for profit DGO entities are Delaware corporations headquartered at 1430 Decision Street, Vista, California. DJO is an approved Medicare direct-billing DME provider under provider numbers 1283420001 and 1497731533 and possibly others.

6. Defendant Orthofix, Inc., (Cal. foreign corp. #C1950206) is a Minnesota Corporation headquartered at 3451 Plano Parkway, Lewisville, TX 75056. Orthofix is a for profit medical device (DME) company which manufactures and markets throughout the United States non-invasive bone growth stimulators, including the Spinal-Stim which is indicated as an adjunct electromagnetic treatment to primary lumbar spinal fusion surgery and the Cervical-Stim which is indicated as an adjunct electromagnetic treatment to cervical spine fusion surgery. Orthofix is an approved Medicare direct-billing DME provider under provider number XX1235136060 and possibly others.

7. Defendant Biomet, Inc., (Cal. foreign corp. # C3318611) and its related entity defendant EBI, LP, jointly referred to as "Biomet", is a for profit Indiana Corporation which lists its headquarters at 56 E. Bell Dr., Warsaw, Indiana. Biomet is a medical device (DME) company which manufactures and markets throughout the United States non-invasive bone growth stimulators, including the SpinalPak which is indicated as an adjunct to lumbar spinal surgery.

8. At all times relevant hereto, defendants acted through their agents and employees and the acts of defendants' agents and employees were within the scope of such agency and employment.

## IV.

## REGULATORY AND FACTUAL BACKGROUND

COMPLAINT

9. Despite industry attempts to downgrade the categorization of non-invasive bone growth stimulators from Class III to Class II, non-invasive bone growth stimulators have been historically categorized by the United States Food and Drug Administration (FDA) as Class III devices under FDA product code LOF and may only be marketed in the United States if they have received pre-market approval (PMA) from the FDA. See 72 FR 1951.

10. To obtain PMA, applicants are required to submit an application to the FDA detailing: 1) extensive safety testing data; 2) the contents and operation of the device; 3) a description of methods used to manufacture, process, package and install the device; 4) samples of the device; 5) proposed labeling for the device; and 6) all other information required under the federal Food, Drug, and Cosmetic Act. 21 U.S.C. § 360e(c)(1). Because Class III devices are considered to present a potential unreasonable risk of illness or injury, they receive the strictest FDA regulation. Once approved, a device may not be manufactured, packaged, stored, labeled, distributed, or advertised in a manner that is inconsistent with any conditions of approval specified in the PMA approval order for the device. 21 C.F.R. § 814.80.

11. Medicare, TriCare, Medicaid and other federally sponsored health care programs do not cover payment for Class III devices unless they have obtained pre-market approval from the FDA or received an investigational device exemption (IDE) from the FDA. See Medicare Benefit Policy Manual, Chapter 14 - Medical devices. None of the false claims for payment alleged in this case are believed to involve bone growth stimulators charged to the federal programs under any then existing IDE.

12. Medicare coverage for electrical stimulation for fracture healing has been in effect since 1980. Initial coverage was limited to non-invasive devices for the treatment of nonunion of bone fractures, failed fusion, and congenital pseudoarthroses. In 1996, Medicare first approved reimbursement for the limited use of noninvasive bone growth stimulators adjunct to spinal fusion surgery, subject to FDA pre-market approval. See Medicare National Coverage Determinations Manual, Ch. 1, Part 2, section 150-2.

COMPLAINT

- 4 -

13. DJO's CMF SpinaLogic (aka SpinaLogic 1000) has received FDA pre-market approval (PMA) for lumbar use and no other. The FDA's PMA for the SpinaLogic, the only non-invasive spinal bone growth stimulator manufactured and distributed by DJO, specifically states that DJO's device "is indicated as an adjunct electrical treatment to primary lumbar spinal fusion surgery." Any distribution of DJO's CMF SpinaLogic for use inconsistent with the PMA condition limiting it to only lumbar use is outside the scope of the PMA and any such use is not covered for reimbursement by Medicare, Medicaid, Tricare and other federally sponsored health care programs.

14. Biomet's SpinalPak has received FDA pre-market approval (PMA) for lumbar use and no other. The FDA's PMA for the SpinalPak, the only non-invasive spinal bone growth stimulator manufactured and distributed by Biomet, specifically states that Biomet's device "is indicated as an adjunct electrical treatment to primary lumbar spinal fusion surgery."

15. In August 2003, Orthofix entered into a settlement agreement with the United States Government to pay back $1.7 million for charging Tricare for the use of its spinal bone growth stimulator for cervical use when it had, up to that time, received pre-market approval only for lumbar use. Even though Orthofix's lumbar devices had been prescribed by some physicians for cervical use, Tricare coverage policies, as well as Medicare and other government sponsored health care programs, do not pay for Class III devices that are distributed and used outside the scope of their PMA. In January 2005, Orthofix finally obtained PMA for its Cervical-Stim spinal bone growth stimulator which is specifically indicated as an adjunct to cervical fusion surgery in patients at high risk for non-fusion.

16. As DME providers, the defendants bill Medicare Part B and the other federally sponsored health care programs directly using CMS Claim Form 1500, accompanied by a Certificate of Medical Necessity, DME 04.04C (CMS-847), which is specific to Class III osteogenesis stimulators. In Section C of the CMS 847 form, the DME provider is required to provide a narrative description of the device and its "Medicare Fee Schedule Allowance." Since there is only one issued higher level HCPCS code available for use on both CMS forms for non-

COMPLAINT
- 5 -

invasive spinal application osteogenesis stimulators (E0748) (no lower level HCPCS code or modifier specific to lumbar or cervical application has ever been issued), unless the DME provider specifically indicates in Section C of the CMS-847 form that the device was distributed for a non-indicated lumbar or cervical use, by submitting the form for reimbursement, the provider is representing that the bone growth stimulator was distributed and used as indicated under its PMA and is reimburseable. Additionally, by submitting the CMS Form 1500 for reimbursement, the DME provider is representing that the bone growth stimulator was distributed and used within the scope of its PMA indicated use since any other distribution and use is non-reimburseable.

## V.

## CLAIM AGAINST DJO, ORTHOFIX AND BIOMET FOR VIOLATION OF THE FALSE CLAIMS ACT (31 U.S.C. § 3729 (a)(1)(A) & (B)

17. Plaintiffs incorporate by reference herein the allegations made above in paragraphs 1-16, inclusive.

18. Following its settlement with Tricare in 2003 and until the receipt of its PMA in January 2005 for the cervical use of its Cervical-Stim device, with the exception of Tricare, defendant Orthofix continued to submit claims for payment to Medicare, Medicaid and other federally sponsored health insurance programs for Class III bone growth stimulators approved for lumbar use only that were actually distributed and used for cervical spinal use. In the year preceding its settlement with Tricare in 2003 (and excluding Tricare for purposes of this complaint), defendant Orthofix submitted claims for payment to Medicare, Medicaid and other federally sponsored health insurance programs for Class III bone growth stimulators approved for lumbar use only that were actually distributed and used for cervical spinal use.

19. Over the course of the last ten years, defendants DJO and Biomet have routinely submitted claims for payment to Medicare, Medicaid, Tricare and other federally sponsored

B.     For any and all other relief to which the plaintiffs may be entitled.

## JURY DEMAND

Plaintiffs request trial by jury.

Dated: August 20, 2012

Respectfully Submitted,

**WARREN ■ BENSON Law Group**

By: _____
Phillip E. Benson
Attorneys for *Qui Tam* Plaintiffs
Doris Modglin and Russ Milko

COMPLAINT

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
United States ex rel. Doris Modglin and Russ Milko

**DEFENDANTS**
DJO Global, Inc.; DJO LLC; DJO Finance LLC; Orthofix, Inc.; Biomet, Inc.; and EBI, LP

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Warren-Benson Law Group, 620 Newport Center Dr., Ste 1100, Newport Beach, CA 92660; 949-721-6636

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
31 U.S.C. § 3730(b)(2)]

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | FORFEITURE/PENALTY | |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☒ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| | ☐ 290 All Other Real Property | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **CV12-7152**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☒ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|---|
| | | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|---|
| | | San Diego County; Texas; Indiana |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|---|
| Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties | | All California Counties and States |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _P. See_____ Date 8/20/12

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

### CV12- 7152 MMM (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY