1   Phillip E. Benson, CA Bar #97420
WARREN ■ BENSON Law Group
2   620 Newport Center Dr., Ste 1100
Newport Beach, CA 92660
3   Tel: 949-721-6636; Fax: 952-955-5177
philbenson@warrenbensonlaw.com
4

Donald R. Warren, CA Bar #138933
5   WARREN ■ BENSON Law Group
7825 Fay Ave, Ste 200
6   La Jolla, CA 92037
Tel: 858-456-1900; Fax: 858-454-5878
7   donwarren@warrenbensonlaw.com

8   David B. Ketroser, M.D., MN Bar # 0298803
P.O. Box 427
9   Hopkins, MN 55343
Tel: 612-384-3286; Fax: 952-681-3286
10   bakquak@comcast.net

11   Attorneys for *Qui Tam* Plaintiffs
Doris Modglin and Russ Milko
12

13            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  UNITED STATES OF AMERICA, the STATES OF CALIFORNIA, COLORADO, | Case No.  CV12-7152-MMM (JCGx) |
| 16  CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, | |
| 17  IOWA, LOUISIANA(Medical Assistance Programs), MASSACHUSETTS, | [~~Proposed~~] **ORDER DISMISSING ACTION AGAINST DEFENDANT ORTHOFIX WITHOUT PREJUDICE** |
| 18  MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, | |
| 19  NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, | |
| 20  TENNESSEE, TEXAS, VIRGINIA, WISCONSIN and the DISTRICT OF | |
| 21  COLUMBIA *ex rel*. Doris Modglin and Russ Milko, | |
| 22 | |
|           Plaintiffs, | |
| 23 | |
| 24      vs. | |
| 25  DJO GLOBAL INC., DJO LLC, DJO FINANCE LLC, ORTHOFIX, INC., | |
| 26  BIOMET, INC., and EBI, LP, | |
| 27        Defendants. | |

28

1

## **ORDER**

2

3       Upon consideration of the *qui tam* plaintiffs' Request for Dismissal Without Prejudice as

4   to defendant Orthofix, Inc., with the consent of the United States, the above listed States and the

5   District of Columbia,  pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and 31

6   U.S.C. § 3730(b)(1),

7       **IT IS ORDERED** that the Court consents to the dismissal of the action against defendant

8   Orthofix without prejudice and dismisses the action against defendant Orthofix without

9   prejudice.

10

11

12

13   Dated: October 3, 2013

_____
Honorable Margaret M. Morrow
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28