Francisca M. Mok (SBN: 206063)
fmok@reedsmith.com
Reed Smith LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Tel: (310) 734-5200
Fax: (310) 734-5299

Thomas H. Suddath, Jr. (*pro hac vice*)
tsuddath@reedsmith.com
Reed Smith LLP
2000 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420

Attorneys for Defendant DJO LLC

Dean Hansell (SBN: 93831)
dean.hansell@hoganlovells.com
Hogan Lovells US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601

Michele W. Sartori (*pro hac vice*)
Jessica L. Ellsworth (*pro hac vice*)
michele.sartori@hoganlovells.com
jessica.ellsworth@hoganlovells.com
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910

Attorneys for: Biomet, Inc. and
EBI LLC f/k/a EBI LP

[See last page for additional counsel]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel*. **Doris Modglin and Russ Milko,** *et al.*,<br><br>Plaintiffs,<br>v.<br>**DJO GLOBAL, INC.,** *et al.*,<br>Defendants. | Case No. CV12-7152-MMM (JCGx)<br><br>**STIPULATION REGARDING HEARING ON DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>Complaint Filed: October 20, 2012<br>FAC Filed: October 10, 2013<br>SAC Filed: November 8, 2013 |

STIPULATION REGARDING HEARING ON DEFENDANTS' MOTION TO STAY DISCOVERY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proposed
Hearing Date:  March 10, 2014
Time:          9:00 a.m.
Place:         Courtroom 780

Honorable Margaret M. Morrow

[Filed concurrently with [Proposed] Order Setting Hearing; Joint Notice of Motion and Motion to Stay Discovery; Memo. of Points and Authorities; [Proposed] Order Granting Motion to Stay Discovery]

STIPULATION REGARDING HEARING ON DEFENDANTS' MOTION TO STAY DISCOVERY

# STIPULATION

Qui Tam Plaintiffs/Relators Doris Modglin and Russ Milko ("Qui Tam Plaintiffs/Relators") and Defendants DJO LLC, Biomet, Inc., and EBI LLC f/k/a EBI LP (collectively, "Defendants") hereby stipulate and agree as follows:

**WHEREAS**, on January 20, 2014, Defendants filed a Joint Motion to Dismiss the Second Amended Complaint ("Joint Motion to Dismiss");

**WHEREAS,** the Joint Motion to Dismiss is scheduled to be heard by this Court on May 5, 2014;

**WHEREAS,** Defendants have advised Qui Tam Plaintiffs/Relators that they intend to file a Motion to Stay Discovery pending resolution of the Joint Motion to Dismiss;

**WHEREAS,** Qui Tam Plaintiffs/Relators have advised Defendants that they intend to oppose Defendants' Motion to Stay Discovery;

**WHEREAS,** a Scheduling Conference in this case has been ordered for March 10, 2014 at 9:00 a.m. at which time the parties are to report their views on several issues, including whether "discovery should be conducted in phases or otherwise ordered or limited." (D.E. 48);

**WHEREAS**, pursuant to Local Rule 7-3, counsel for the Qui Tam Plaintiffs/Relators and the Defendants conferred on January 23, 2014 regarding the Defendants' anticipated Motion to Stay Discovery and a possible hearing date on this Motion, if needed;

**WHEREAS**, the parties were unable to resolve their differences relating to Defendants' anticipated Motion to Stay Discovery;

**WHEREAS**, on January 30, 2014, Defendants filed their Motion to Stay Discovery;

**WHEREAS**, on the Court's calendar, there are no available hearing dates for Defendants' Motion to Stay Discovery until well after the March 10, 2014 Scheduling Conference;

**WHEREAS**, without any concession by Qui Tam Plaintiffs/Relators on the merits of Defendants' anticipated Motion to Stay Discovery or the Joint Motion to Dismiss, the parties submit that, pending the Court's availability and agreement, it would promote efficiency and be in the interests of justice for the Defendants' Motion to Stay Discovery to be heard at the time of the Scheduling Conference on March 10, 2014;

**THEREFORE**, Qui Tam Plaintiffs/Relators and the Defendants hereby stipulate and agree, and respectfully request that the Court order that:

Defendants' Motion to Stay Discovery shall be heard in this case on March 10, 2014 at 9:00 a.m. before Judge Margaret M. Morrow in Courtroom 780, Roybal Federal Building, 255 East Temple Street, Los Angeles, California at the time of the Scheduling Conference.

Dated: January 30, 2014        WARREN•BENSON Law Group
                                /s/ Philip E. Benson[1]
                                Philip E. Benson
                                David B. Ketroser
                                Gerald Robinson
                                *Attorneys for Qui Tam Plaintiffs/Relators*
                                *Doris Modglin and Russ Milko*

Dated: January 30, 2014        REED SMITH LLP

                                /s/ Francisca M. Mok
                                Francisca M. Mok (SBN: 206063)
                                Thomas H. Suddath, Jr. (*pro hac vice*)
                                *Attorneys for Defendant DJO LLC*

---

[1] Pursuant to Local Rule 5-4.3.4(2)(i), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | Dated: January 30, 2014 | HOGAN LOVELLS US LLP |
| 2 | | |
| 3 | | /s/ Dean Hansell |
| | | Dean Hansell (SBN: 93831) |
| 4 | | Michele W. Sartori (*pro hac vice*) |
| 5 | | Jessica L. Ellsworth (*pro hac vice*) |
| | | *Attorneys for Biomet, Inc. and* |
| 6 | | *EBI LLC f/k/a EBI LP* |

3

STIPULATION REGARDING HEARING ON DEFENDANTS' MOTION TO STAY DISCOVERY

**ADDITIONAL COUNSEL (cont. from page 1)**

Philip E. Benson, CA Bar #97420
WARRREN•BENSON Law Group
620 Newport Center Dr., Ste 1100
Newport Beach, CA 92660
Tel: 949-721-6636; Fax: 952-955-5177
philbenson@warrenbensonlaw.com

David B. Ketroser, M.D., MN Lic. # 0298803
P.O. Box 427
Hopkins, MN 55343
Tel: 612-384-3286; Fax: 952-681-3286
bakquak@comcast.net

Gerald Robinson, MN Lic . # 0212787
Gerald Robinson Law Firm, PLLC
5600 W. 70th Street
Minneapolis, MN 55439
612-803-5981
gerald.robinson@live.com

Attorneys for Qui Tam Plaintiffs
Doris Modglin and Russ Milko