Phillip E. Benson, CA Bar #97420
Linda R. MacLean, CA Bar #101002
WARREN ■ BENSON Law Group
620 Newport Center Dr., Ste 1100
Newport Beach, CA 92660
Tel: 949-721-6636; Fax: 952-955-5177
philbenson@warrenbensonlaw.com
linrmac@earthlink.net

David B. Ketroser, M.D., MN Lic. # 0298803
P.O. Box 427
Hopkins, MN 55343
Tel: 612-384-3286; Fax: 952-681-3286
bakquak@comcast.net

Gerald Robinson, MN Lic. #0212787
Gerald Robinson Law Firm, PLLC
5600 W. 70th Street
Minneapolis, MN 55439
Tel: 612-803-5981
gerald.robinson@live.com

Attorneys for *Qui Tam* Plaintiffs
Doris Modglin and Russ Milko

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. *ex rel.* Doris Modglin and Russ Milko,<br><br>Plaintiffs,<br><br>vs.<br><br>DJO GLOBAL INC., DJO LLC, DJO FINANCE LLC, ORTHOFIX, INC., BIOMET, INC., and EBI, LP,<br><br>Defendants. | Case No. CV12-7152-MMM (JCGx)<br><br>**ERRATA RE:**<br><br>**RELATORS' OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY (Dkt. 55)** |

TO THE HONORABLE COURT AND ALL PARTIES:

Please take notice that the relators hereby submit the attached corrected copy

- 1 -

of the Relators' Opposition to Defendants' Motion to Stay Discovery (Document 55) which (1) modifies the formatting of the Table of Contents and Table of Authorities to more closely conform to the style customarily used in this Court, (2) eliminates various minor typographical errors throughout the text, including misplaced commas and apostrophes, and (3) corrects references to the "Federal Rules of Court" and "Federal Rules of Procedure" to reference, instead, the "Federal Rules of Civil Procedure."

In all other respects, the Relators' Opposition to Defendants' Motion to Stay Discovery has not been changed.

Dated: February 16, 2014                    Respectfully Submitted,


                                            **WARREN ■ BENSON Law Group**



                                            By: */s/ Phillip E. Benson*
                                            Phillip E. Benson
                                            Attorneys for *Qui Tam* Plaintiffs
                                            Doris Modglin and Russ Milko