UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-07152-MMM | Date | May 5, 2014 |
|---|---|---|---|

| Title | United States of America, et al vs DJO Global Inc., et al |
|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|

| ANEL HUERTA | C. NIRENBERG |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Phillip Benson | Thomas Suddath |
| Linda MacLean | Michael Sartori |
| Gerald C. Robinson | Dean Hansell |
| for Qui Tam Realtors | |

**Proceedings:**   **Defendant's Motion to Dismiss 2nd Amended Complaint[46]**

The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court takes the motion under submission.

|  |  |  | 00 : 34 |
|---|---|---|---|
| CV-90 (12/02) | | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk AH |