UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Doris Modglin and Russ Milko,<br><br>Plaintiffs,<br><br>vs.<br><br>DJO GLOBAL INC., DJO LLC, DJO FINANCE LLC, ORTHOFIX, INC., BIOMET, INC. and EBI, LP,<br><br>Defendants. | CASE NO. CV 12-07152 MMM (JCGx)<br><br>*AMENDED* JUDGMENT FOR DEFENDANTS |

On May 8, 2015, the court entered an order granting defendants' motion to dismiss the federal claims in the third amended complaint with prejudice. It dismissed the state law claims without prejudice to their refiling in state court. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs take nothing by way of the federal False Act Claims alleged in the third amended complaint;

2. That plaintiffs' state law claims be dismissed without prejudice; and

2. That the action be, and it is hereby, dismissed.

DATED: May 8, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE